


**Paula A. Rogowsky Cohen, Esq.**
Attorney at Law
156 W. 86th St
New York, NY 10024
917-224-9527

October 27, 2015

By ECF and Fax (212-805-7942)
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: P.R.C. o.b.o. herself and her child G.G.C. v. N.Y.C. Dep't of Educ., *et al.*
15 Civ. 6851 (AKH)

Dear Judge Hellerstein:

I am both the Parent and Attorney, representing myself and my minor daughter, G.G.C. in the above-referenced matter. I am writing to respectfully to request an extension of time to respond to the Defendants' Motion to Dismiss the Parent's Complaint ("Motion") and an adjournment of the conference currently scheduled for November 13, 2015. The response to the Motion is currently due on October 29, 2015.

As I am currently representing myself, I would like to time to consult counsel on the Defendants' motion and decide whether I will need to obtain legal representation moving forward. Further, I am not admitted to the Southern District and my application to proceed *pro hac vice* has not yet been approved. Therefore, I am respectfully requesting that the response papers now be due on November 20, 2015. Defendants' counsel has agreed to this request for an extension of the time.

The parties are also seeking an adjournment of the November 13, 2015 conference. Plaintiffs request that Your Honor schedule the conference at a date and time convenient for the Court within one week following the completion of the briefing on the Motion. However, Defendants are requesting that the Court "adjourn the conference date, *sine die,* pending the decision on the motion to dismiss."

Thank you for your consideration of this request.

Respectfully,
s/

Paula Rogowsky Cohen, Esq.
Plaintiff/*Pro se*

*[Handwritten note from judge:] The adjournment of plaintiff's time to appear to 11/20/15 is granted. Def't has 2 weeks thereafter to reply. The conf. set for 11/13/15 is cancelled, to 12/4/15. 10-28-15 /s/ AKH*

cc: <u>By ECF and email</u>
Lesley Berson Mbaye
Senior Counsel
Corporation Counsel