UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.R.C. on behalf of herself and her child, G. G. C.,
  Plaintiff,

   1:15 cv 06851- ( AKH)

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
NEW YORK CITY BOARD OF EDUCATION;
~~CARMEN FARINA, in her official~~ capacity as Chancellor of the New York City School District
  Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Paula Rogowsky Cohen__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __on behalf of herself and her child, G.G.C.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __New York__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 8-31-15

Respectfully Submitted,

_[signature]_
Applicant Signature

Applicant's Name: __Paula Rogowsky Cohen__
Firm Name: __Paula Rogowsky Cohen, Esq., Attorney at Law__
Address: __156 W. 86th Street__
City / State / Zip: __NY, NY 10024__
Telephone / Fax: __917-224-9527__
E-Mail: __paulacohen11@gmail.com__