

**Paula A. Rogowsky Cohen, Esq.**
Attorney at Law
156 W.86th St
New York, NY 10024
917-224-9527

November 20, 2015

By ECF and Fax (212-805-7942)
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: P.R.C. o.b.o. herself and her child G.G.C. v. N.Y.C. Dep't of Educ., *et al.*
15 Civ. 6851 (AKH)

Dear Judge Hellerstein:

I am both the Parent and Attorney, representing myself and my minor daughter, G.G.C. in the above-referenced matter. I am writing to respectfully to request an extension of time to respond to the Defendants' Motion to Dismiss the Parent's Complaint ("Motion"). The response to the Motion is currently due on November 20, 2015. Your honor has granted one three week extension prior.

As I am currently representing myself, I would like to time to consult counsel on the Defendants' motion and decide whether I will need to obtain legal representation moving forward. Further, I am not admitted to the Southern District and my application to proceed *pro hac vice* has not yet been approved. Therefore, I am respectfully requesting that the response papers now be due on December 21, 2015. Defendants' counsel has agreed to this request for an extension of the time and requested that her response be due on January, 8, 2016, to avoid the holidays, which I have consented to.

Thank you for your consideration of this request.

Respectfully,
s/
Paula Rogowsky Cohen, Esq.
Plaintiff/*Pro se*

cc: By email
Lesley Berson Mbaye
Senior Counsel
Corporation Counsel

So ordered.
No further requests for enlargements of time shall be granted.

U.S.D.J.  11/30/2015