UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.R.C., on behalf of herself individually, and her child, G.G.C.,<br><br>                              Plaintiffs,<br><br>-against-.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; CHANCELLOR CARMEN FARIÑA, IN HER OFFICIAL CAPACITY,<br><br>                              Defendants. | Civ. No.: 15-cv-06851 (AKH)<br><br>**DECLARATION OF ELISA HYMAN, ESQ.** |

ELISA HYMAN, ESQ. DECLARES UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746 THAT THE FOLLOWING IS TRUE AND CORRECT:

1. I am a member of the Bar of the State of New York and of this Court.

2. I am Of Counsel to Friedman & Moses ("F&M").

3. I represent P.R.C. in the above-captioned case.

4. Attached hereto as Exhibit A is a true and correct copy of the Regulation of the Chancellor, issued on 10/31/2013.

5. Attached hereto as Exhibit B is a true and correct copy of the Respondents' Brief in the Matter of the Application of *R.B., et al. v. NYC Dep't of Educ., et al.,* Clerk's No. 100738/13, dated 12/02/2013.

Executed in New York, New York on December 21, 2015

*[signature: Elisa Hyman]*

_____
Elisa Hyman, Esq.