ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/16

TO:      Concerned Parties

FROM:    Brigitte Jones, Courtroom Deputy         Date: 1/14/16
         by Order of Judge Alvin K. Hellerstein

Re: P.R.C. obo GGC v. Dept. of Education - 15 Civ. 6851 (AKH)


You are hereby notified that you are required to appear for an oral argument.

        Date:  2/9/16
        Time:  12:00 p.m.
        Place: U.S. Courthouse - Southern District of New York
              500 Pearl Street
              Courtroom 14D
              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.


So Ordered,

*[signature]*
1-13-16