

**FRIEDMAN & MOSES**
ATTORNEYS AT LAW

*I. Bryce Moses
Steven B. Dorfman
Alicia J. Abelli
Gloria M. Bruzzano
Aeri Pang

of counsel:
Mitchell R. Friedman
Elisa Hyman
Arnold J. Levine
Paula A. Rogowsky Cohen

* also admitted in FL

233 Broadway, Suite 901
New York, NY 10279
ph 212 732 5800
fx 212 608 3280
www.friedmanandmoses.com

January 19, 2016

**<u>BY ECF</u>**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY  10007-1312

    Re: *P.R.C., et al., v. New York City Department Of Education, et al.,*
      15 Civ. 6851 (AKH)

Dear Judge Hellerstein:

On behalf of Plaintiff, P.R.C., I am writing to request that the Court change the date for or grant a short adjournment of the upcoming oral argument currently scheduled for February 9, 2016 at 12:00pm. (Dkt. #23). This is the first request to adjourn and/or change the date for the argument.

At the time I received Your Honor's order scheduling the argument on February 9, 2016, I was already scheduled to appear at an administrative hearing on that date.  The matter is complex, involving several school years, and we are in the middle of the case.  In addition, our office has four full-time lawyers that handle education law matters and two of them are currently out on maternity leave.  Further, I am the only attorney who has worked on the instant matter.

I have consulted with Defendants' counsel and we are both available for oral argument on the following three alternative dates: February 8, 2016, February 11, 2016, and February 12, 2016. Defendants' counsel consents to the request to change and/or adjourn the date.

Thank you for Your Honor's consideration of this request.

                      Respectfully,

                      _____/s/_____
                      Elisa Hyman, Esq.
                      *Counsel for Plaintiff*


cc:    Lesley Berson Mbaye, Esq.
        Assistant Corporation Counsel
        *Counsel for Defendants*