

**FRIEDMAN & MOSES**
ATTORNEYS AT LAW

*I. Bryce Moses
Steven B. Dorfman
Alicia J. Abelli
Gloria M. Bruzzano
Aeri Pang

of counsel:
Mitchell R. Friedman
Elisa Hyman
Arnold J. Levine
Paula A. Rogowsky Cohen

* also admitted in FL.

233 Broadway, Suite 901
New York, NY 10279
ph 212 732 5800
fx 212 608 3280
www.friedmanandmoses.com

January 20, 2016

**<u>BY ECF</u>**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

   Re: *P.R.C., et al., v. New York City Department Of Education, et al.*,
     15 Civ. 6851 (AKH)

Dear Judge Hellerstein:

On behalf of Plaintiff, P.R.C., I am writing to request that the Court change the date for or grant a short adjournment of the upcoming oral argument currently scheduled for February 9, 2016 at 12:00pm. (Dkt. #23). This is a follow up letter to my letter dated January 19, 2016.

I inadvertently advised the Court that Defendants' counsel was available on February 8, 2016. I am writing to correct that representation. Apparently, she is only available on the following two alternative dates: February 11, 2016 and February 12, 2016. Defendants' counsel consents to the request to change and/or adjourn the date.

I apologize for the confusion.

Thank you for Your Honor's consideration of this request.

            Respectfully,

            _____/s/_____
            Elisa Hyman, Esq.
            *Counsel for Plaintiff*

cc: Lesley Berson Mbaye, Esq.
Assistant Corporation Counsel
*Counsel for Defendants*