

I. Bryce Moses
Steven B. Dorfman
Alicia J. Abelli
Gloria M. Bruzzano
Aeri Pang

of counsel:
Mitchell R. Friedman
Elisa Hyman
Arnold J. Levine
Paula A. Rogowsky Cohen

* also admitted in FL

233 Broadway, Suite 901
New York, NY 10279
ph 212 732 5800
fx 212 608 3280
www.friedmanandmoses.com

January 27, 2016

**<u>BY ECF</u>**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY  10007-1312

    Re:  <u>P.R.C., *et al.,* v. New York City Department Of Education, *et al.,*</u>
       15 Civ. 6851 (AKH)

Dear Judge Hellerstein:

  In response to my previous request to adjourn the upcoming oral argument scheduled for February 9, 2016 at 12:00 p.m. (dkt. #23) due to a scheduling conflict, I received an email today from Ms. Wong with a directive from Your Honor to provide additional dates before February 9, 2016.

  I consulted with Ms. Mbaye, Defendants' counsel.  We are both available on February 2, 2016. We are also available on February 5, 2016, either in the morning or after 3:30 p.m.; I have a 1 p.m. hearing in Brooklyn on that date.  We are both still available on February 11, 2016 and February 12, 2016.

  However, P.R.C. is on a family vacation; she is not flying back until February 5, 2016 and will not arrive in time to be able to attend oral argument on that day. I would respectfully request that Your Honor consider scheduling the argument for one of the later dates so that (a) P.R.C. can attend; and (b) we will have time to prepare for the argument.

  This is the first request to adjourn and/or postpone the oral argument.  As previously noted, Defendants consent to the request.

Thank you for your consideration of this request.

          Respectfully,

          /s/ Elisa Hyman
          Elisa Hyman, Esq.
          *Counsel for Plaintiff*

cc:    Lesley Berson Mbaye, Esq.
       Assistant Corporation Counsel
       *Counsel for Defendants*