ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/16

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy            Date: 2/18/16
        by Order of Judge Alvin K. Hellerstein

Re: P.R.C., et al. v. The NYC Dept. of Education - 15 Civ. 6851 (AKH)

The oral argument previously scheduled for 2/24/16 is hereby adjourned.

You are hereby notified that you are required to appear for an oral argument.

        Date:  March 8, 2016
        Time:  4:00 p.m.
        Place: U.S. Courthouse - Southern District of New York
              500 Pearl Street
              Courtroom 14D
              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*

2-18-16